# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Roger Lo,

    Plaintiff,

v.

Cavarly SPV I, LLC and Monarch Recovery Management, Inc.,

    Defendant.

Case No.: 2:17−cv−01608−MCE−KJN

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT CAVARLY SPV I, LLC, WITH PREJUDICE**

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders that Defendant Cavarly SPV LLC **only** be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE