# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Lo, | Case No.: 2:17−cv−01608−MCE−KJN |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT MONARCH RECOVERY MANAGEMENT, INC., WITH PREJUDICE** |
| v. | |
| Cavarly SPV I, LLC and Monarch Recovery Management, Inc., | |
| Defendant. | |

Based upon the parties' Joint Motion for Dismissal, and good cause Defendant Monarch Recovery Management, Inc., is hereby dismissed, with prejudice, as a party to this litigation.

**IT IS SO ORDERED.**

Dated: March 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER                               1